UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

TED J. SNYDER,

        Plaintiff.
_____/

No. C-13-5869 EMC (pr)

**ORDER OF DISMISSAL**

        This action was opened on December 18, 2013, when the Court received from Ted. J. Snyder a letter concerning his medical care at the California Health Care Facility in Stockton. On that date, the Court notified Mr. Snyder in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Snyder did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

        IT IS SO ORDERED.

Dated: February 5, 2014

                                      _____
                                      EDWARD M. CHEN
                                      United States District Judge